960

No. 782. MORRIS ET AL. *v.* SCHOONFIELD, WARDEN, ET AL. Appeal from D. C. Md. Probable jurisdiction noted and case set for oral argument immediately following No. 1089 [*Williams* v. *Illinois,* probable jurisdiction noted, 396 U. S. 1036]. *Robert G. Fisher, Aaron M. Schreiber, Elsbeth Levy Bothe,* and *Melvin L. Wulf* for appellants. *George L. Russell, Jr.,* for Schoonfield, and *Alfred J. O'Ferrall III,* Assistant Attorney General, for the State of Maryland, appellees.

No. 812. UNITED STATES ET AL. *v.* BOOK BIN. Appeal from D. C. N. D. Ga. Probable jurisdiction noted and case set for oral argument immediately following No. 788, *supra. Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *David Nelson* for the United States et al. *Robert Eugene Smith* and *Hugh W. Gibert* for appellee.

No. 1058. PHILLIPS *v.* MARTIN MARIETTA CORP. C. A. 5th Cir. Certiorari granted. *Jack Greenberg, James M. Nabrit III, Norman C. Amaker,* and *Earl M. Johnson* for petitioner. *William Y. Akerman* and *Clark C. Vogel* for respondent. *Solicitor General Griswold, Assistant Attorney General Leonard, Lawrence G. Wallace, Robert T. Moore,* and *Stanley P. Hebert* for the United States as *amicus curiae* in support of the petition.

No. 1053. BEARDEN ET AL. *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. *Louis A. Fischl* for petitioners.